David  Carroll,  Adm'r. ⎱
        vs.              ⎰No. 74344
Phoenix  Indemnity  Co. ⎰

#### April 19, 1928.

TANNER, P. J.  This is a case where
action was brought against a defendant
who was alleged to be guilty of negli-
gence and the writ was returned non
est  inventus.    The   present   action
against the insurance company was
then brought under the satute.   The
insurance  company  has  pleaded  in
abatement that at the time of the ser-
vice of the writ against him, Eugene
M. Weeden, the defendant in the origi-
nal suit, said Weeden was and still is
a resident at 113 Broadway in the City
of Newport, and that a sheriff of the
County of Newport could have served
the writ upon him and can still serve
the writ upon him, and that the said
return of non est inventus was illegal.
This case was heard upon motion to
strike out the plea.

We are inclined to think that the
return of non est inventus is proper
where the writ can not be served by
an officer of the county in which the
writ was issued.

See Call vs. Hagger, 8 Mass. 423.

The plea is also demurred to because
the record shows that the demurrer
was filed and heard before the plea in
abatement was filed.  According to the
weight of authority, a plea in abate-
ment can not be filed after a demurrer
has been filed.

1st Ency. Pl. & Pr. 36.

The motion is therefore sustained.

For  plaintiff:  Greene,  Kennedy  &
Greene.

For   defendant:   Henshaw,   Linde-
muth & Baker.